# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI

**City** Milford

**County** Worcester

**Related Case Information:**

- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number: 20-mj-4234
- R 20/R 40 from District of _____

## Defendant Information:

- **Defendant Name:** VINCENT KIEJZO    Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- **Alias Name:** _____
- **Address:** (City & State) 17 Joan Circle Milford, MA
- **Birth date (Yr only):** 1987   **SSN (last4#):** 2788   **Sex:** M   **Race:** W   **Nationality:** USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

- **AUSA:** Kristen M. Noto    **Bar Number if applicable:** 664531
- **Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____
- **Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No
- **Matter to be SEALED:** ☐ Yes ☑ No
- ☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

## Location Status:

**Arrest Date:** 9-9-20

- ☐ Already in Federal Custody as of _____ in _____ .
- ☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/09/2020    **Signature of AUSA:** /s/ K. Noto

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Vincent Kiejzo

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC s 2252A(a)(5)(B) | Possession of child pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____